IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IMMERSION CORPORATION,<br><br>Petitioner,<br><br>v.<br><br>MOTOROLA MOBILITY LLC, HTC CORPORATION, and HTC AMERICA, INC.,<br><br>Respondents. | Misc. No. _____<br><br>ORDER GRANTING MOTION FOR ISSUANCE OF LETTERS OF REQUEST |

ORDER:   GRANTING MOTION OF PETITIONER IMMERSION CORPORATION FOR THE ISSUANCE OF LETTERS OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE

On September 21, 2012, Petitioner Immersion Corporation ("Immersion") filed a motion seeking issuance of Letters of Request by this Court on behalf of Immersion to obtain documents and deposition testimony from the following foreign third parties:

Samsung Electronics Co., Ltd.
416 Maetan-3dong, Yeongtong-gu
Suwon-City, Gyonggi-do, Korea 443-742

and

Pantech Co., Ltd.
Pantech Bldg, 1-2, DMC,
Sangam-dong, Mapo-gu,
Seoul, Korea, 121-270.

The motion is hereby **GRANTED**. The signed and sealed Letters of Request to the Republic of Korea are attached to this Order. Immersion stated that it will transmit this Order, along with the Letters of Request, to the Central Authority of the Republic of Korea for enforcement.

2

**SO ORDERED THIS \_\_\_\_ DAY OF _____, 2012**

                                                                               _____
United States District Court Judge
U.S. District Court for the District of Columbia

cc: Service to:

The Honorable Lisa R. Barton
Acting Secretary to the Commission
U.S. International Trade Commission
500 E Street SW, Room 112A
Washington, DC 20436

The Honorable E. James Gildea
Administrative Law Judge
U.S. International Trade Commission
500 E Street SW, Room 317
Washington, DC 20436
sarah.zimmerman@usitc.gov
kenneth.schopfer@usitc.gov

Terrance J. Wikberg
Perkins Coie LLP
700 Thirteenth Street, NW, Suite 600
Washington, DC 20005
HTC-Immersion_Service@PerkinsCoie.com

Jamie B. Beaber
Steptoe & Johnson, LLP
1330 Connecticut Avenue NW
Washington, DC 20036
S&JMotorola834@Steptoe.com
Attorneys for Motorola Respondents